**Motion Granted; Order filed September 12, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00533-CV

_____

## PAULA COLLINS, Appellant

## V.

## CITY OF HOUSTON, TEXAS, Appellee

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-60628**

## O R D E R

Appellant filed a motion to supplement the clerk's record with the CD labeled HPD OR#093569999-Z 6-26-09, 5200 Tidwell Rd NEDISP.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 11, 2013, containing the CD labeled HPD OR#093569999-Z 6-26-09, 5200 Tidwell Rd NEDISP.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM